UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

CASE NUMBER: 10-11633

        Plaintiff,

HONORABLE DENISE PAGE HOOD

v.

ONYX CAPITAL ADVISORS, LLC, ROY DIXON, JR. and, MICHAEL A. FARR,

        Defendants.
_____/

### ORDER STAYING THE MATTER AS TO DEFENDANT ROY DIXON, JR. ONLY

On December 19, 2011, the Court was notified that Defendant Roy Dixon, Jr. filed a bankruptcy action.

IT IS HEREBY ORDERED that this case is STAYED as to Defendant Roy Dixon, Jr. only. and the Motion to Stay **(Doc. No. 63, filed 10/31/2011)** is MOOT.

IT IS FURTHER ORDERED that when the bankruptcy stay has been lifted as to this Defendant, the matter may proceed on motion by any party or by stipulation of the parties. The matter continues as to Defendant Onyx Capital Advisors, LLC and Michael A. Farr.

Dated: December 22, 2011    S/Denise Page Hood
                                      Denise Page Hood
                                      United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 22, 2011, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager