# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

                                       Case No. 10-11633

v.

                                       HONORABLE DENISE PAGE HOOD

ONYX CAPITAL ADVISORS, LLC,
ROY DIXON, JR. and MICHAEL A. FARR,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION
## OF ORDER STAYING THE MATTER AS TO DEFENDANT ROY DIXON, JR.

On December 13, 2011, Defendant Roy Dixon, Jr., through his bankruptcy counsel, filed a Plea of Stay indicating he had filed an individual bankruptcy action in the United States Bankruptcy Court, Norther District of Georgia, Case No. 11-74582. The Court entered an Order staying the matter as to Roy Dixon, Jr. on December 22, 2011. Plaintiff's Motion for Reconsideration asserts that the automatic stay provision of a bankruptcy filing does not apply to an action filed by a governmental unit to enforce its police and regulatory power. 11 U.S.C. § 362(b)(4). Dixon's bankruptcy counsel agreed, filing a Notice of Withdrawal of Plea. This Court agrees. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Reconsideration **(Doc. No. 73)** is GRANTED. The Order Staying the Matter as to Defendant Roy Dixon, Jr. **(Doc. No. 72)** is SET ASIDE and this action will proceed accordingly.

Dated: March 14, 2012                        S/Denise Page Hood
                                                       Denise Page Hood
                                                         United States District Judge

10-11633   SEC v. Onyx Capital Advisors, LLC et al

Order Granting Plaintiff's Motion for Reconsideration of Order Staying the Matter as to Defendant Roy Dixon, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager