UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

    Case No. 10-11633

    HONORABLE DENISE PAGE HOOD

ONYX CAPITAL ADVISORS, LLC,
ROY DIXON, JR. and MICHAEL A. FARR,

    Defendants.
_____/

## JUDGMENT

    This action having come before the Court and the Court having issued orders finding in favor of Plaintiff the United States Securities and Exchange Commission, accordingly,

    Judgment is entered against **Defendant Michael A. Farr** as follows:

    **Disgorgement** in the amount of $2,326,930.00, in addition to Prejudgment Interest on the disgorgement amount through the award date ($277,793.00 as of March 2013) and **Civil Penalty** in the amount of $1,000.000.00.

    Judgment is entered against **Defendants Roy A. Dixon and Onyx Capital Advisors, LLC jointly and severally**, as follows:

    **Disgorgement** in the amount of $3,112,343.00, in addition to Prejudgment Interest on the disgorgement amount through the award date and **Civil Penalty** in the amount of $3,112,343.00.

                                   DAVID J. WEAVER
                                   CLERK OF COURT

Approved:                                 By: s/LaShawn Saulsberry
                                            Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge
DATED: January 31, 2014
Detroit, Michigan

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2014, by electronic and/or ordinary mail.

                         S/LaShawn R. Saulsberry
                         Case Manager